COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN RE:  MICHELLE FRENCH, IN HER
OFFICIAL CAPACITY AS DENTON
COUNTY TAX ASSESSOR-
COLLECTOR,

Relator

§

§

§

§

§

§

No. 08-13-00254-CV

AN ORIGINAL PROCEEDING

IN MANDAMUS

## MEMORANDUM  OPINION

Michelle French, in her official capacity as Denton County Tax Assessor-Collector, filed a petition for writ of mandamus seeking review of the trial court's order which granted a motion by the Real Party in Interest, Banatex L.L.C., to deny suspension of the trial court's judgment pending appeal.  That judgment is being appealed by the Denton County Tax Assessor-Collector in *Steve Mossman is his Official Capacity as Denton County Tax Assessor-Collector v. Banatex L.L.C.* (cause number 08-13-00245-CV).[1]  After reviewing the mandamus petition and the response filed by Banatex, we conclude that the issues presented by the petition should be considered as a motion for review filed pursuant to Rule 24.4.  *See* TEX.R.APP.P. 24.4(a)(4)(providing that a party may, by motion filed in the appellate court, seek review of a

---

[1]  The Texas Supreme Court entered a docket equalization order transferring the appeal from the Second Court of Appeals to the Eighth Court of Appeals.  *See* TEX.GOV'T CODE ANN. § 73.001 (West 2013).

trial court's determination under Rule 24.2(a)(3) whether to permit suspension of enforcement); *Texas Custom Pools, Inc. v. Clayton*, 293 S.W.3d 299, 304 (Tex.App.--El Paso 2009, op. on motion). We therefore dismiss Relator's petition for writ of mandamus and re-file the petition as a motion for review pursuant to Rule 24.4(a) in cause number 08-13-00245-CV. The motion for review will be heard "at the earliest practicable time" in accordance with TEX.R.APP.P. 24.4(d).


October 2, 2013

                                    YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)